**Exhibit I**

Thomas L. Duston (*pro hac vice*)
Michael R. Weiner (*pro hac vice*)
Adam G. Kelly (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (fax)

Ronald S. Lemieux (State Bar #120822)
SQUIRE, SANDERS & DEMPSEY LLP
600 Hansen Way
Palo Alto, CA 94304-1043
(650) 856-6500 (telephone)
(650) 843-8777 (fax)

Attorneys for Plaintiff VPS, LLC

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

*IT IS SO ORDERED*
*Judge Fern M. Smith*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPS, LLC (d/b/a Virtual Photo Store, LLC),<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 04-03052 FMS<br><br>**STIPULATED ORDER OF DISMISSAL** |

Pursuant to the parties' settlement agreement, Plaintiff VPS, LLC and Defendant Shutterfly, Inc., hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1), that all claims and counterclaims in this action are hereby dismissed, with each party to bear its own costs and attorneys' fees.

Stipulated Order of Dismissal
Case No. C 04-03052 FMS

STIPULATED AND AGREED TO:

Respectfully submitted,

By: /s/
Darryl M. Woo
Aaron Myers
Heather N. Mewes
Sara Jenkins
Fenwick & West LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111
(451) 875-2300

*Attorneys for Defendant/Counter-claimant Shutterfly, Inc.*

Respectfully submitted,

By: /s/
Thomas L. Duston (*pro hac vice*)
Michael R. Weiner (*pro hac vice*)
Adam G. Kelly (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300

Ronald S. Lemieux (State Bar # 120822)
SQUIRE, SANDERS & DEMPSEY LLP
600 Henson Way
Palo Alto, California 94304-1043
(650) 856-6500

*Attorneys for Plaintiff/Counter-defendant VPS, LLC*

### ORDER

The parties having so stipulated,

IT IS SO ORDERED this __27th__ day of __June__, 2005.

_____
Hon. Fern M. Smith
United States District Judge

-2-
Stipulated Order of Dismissal
Case No. C 04-03052 FMS
825829v1